| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |

  150 South Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5595
  Facsimile: (408) 535-5081
  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/9/07*

UNITED STATES OF AMERICA,              )   No. CR 07-00049 RMW
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )   STIPULATION AND [D]
                                       )   ORDER CONTINUING STATUS
                                       )   HEARING AND EXCLUDING TIME
LIEN THI LE,                           )   UNDER THE SPEEDY TRIAL ACT
TIANA LA, and                          )
PHUONG NHAT-TUAN LE,                   )
                                       )
        Defendants.                    )
_____)

This matter is scheduled before the Court for status on March 12, 2007. The parties previously made an initial appearance before the Court on February 12, 2006. At that initial appearance, this matter was put over for status until March 12, 2007 in order to allow the government the opportunity to provide discovery to the defense and to allow the defense time to review that discovery. The Court made an finding on the record excluding time under the Speedy Trial Act from February 12, 2006 to March 12, 2007 for effective preparation.

The parties now jointly request that the March 12, 2007 status hearing be continued in order to allow the defense a further opportunity to review discovery. The United States has produced to defense counsel additional discovery materials related to defendants' alleged

1  narcotics distribution.  Defense counsel would like an additional opportunity to review discovery
2  materials prior to the next calling of the case, and to discuss these materials with their clients.  In
3  light of the above, the parties jointly request a continuance until April 2, 2007 to allow defense
4  counsel the reasonable time necessary to confer further with their client and discuss the discovery
5  materials in this case in order to effectively prepare.  The parties agree, and the Court finds and
6  holds, as follows:

7      1.    The status hearing is continued to April 2, 2007 at 9:00 a.m.

8      2.    The time between February 12, 2007 and April 2, 2007 is excluded under the
9  Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would
10 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
11 into account the exercise of due diligence.  Finally, the parties agree that the ends of justice
12 served by granting the requested continuance outweigh the best interest of the public and the
13 defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
14 3161(h)(8)(A).

15 IT IS SO STIPULATED

16 DATED:  3-7-07        /s/
17       GEOFFREY BRAUN
      Attorney for Defendant Lien The Le

18
19 DATED:  3/7/07        /s/
      JAMES THOMPSON
      Attorney for Defendant Tiana La
20

21 DATED:  3/08/07        /s/
      ROBERT CAREY
22       Attorney for Defendant Phuong Nhat-Tuan Le
23

24 DATED:  3/8/07        /s/
      JOSEPH A. FAZIOLI
25       Assistant United States Attorney

26 IT IS SO ORDERED.
27 DATED:  3/9/07        *Ronald M. Whyte*
      RONALD M. WHYTE
28       UNITED STATES DISTRICT JUDGE